UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                      CASE NO. 09-33331-BKC-AJC
                                                                            Chapter 11
ONYX ON THE BAY
CONDOMINIUM ASSOCIATION, INC.,

     Debtor.
_____/

**DEBTOR'S MOTION FOR USE OF RESERVE ACCOUNT**

     Debtor, Onyx On The Bay Condominium Association, Inc., by and through undersigned counsel, and pursuant to Sections 7183112, 718.115 and 718.116, Florida Statutes, moves this Court for an Order granting the Debtor in Possession authority to utilize its reserve cash accounts for the payment of critical common expenses, and as grounds therefore states as follows:

     1.    The Debtor is a condominium association that is still within the purview of the developer, and is currently operating as Debtor in Possession.

     2.    The developer has elected to fund operational shortfalls, but has become insolvent due to the downturn in the real estate market.

     3.    Additionally, the Debtor's available revenue for funding common expenses has diminished due to the rash of foreclosures and general non-payment of assessments and maintenance fees.

     4.    The Debtor has been working diligently to collect unpaid assessments and association fees, and has begun to foreclose assessment liens where indicated.  The Debtor intends to employ the law firm of Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A. as special counsel to the Debtor to pursue these claims.

     5.    In the meantime, the Debtor has been served with a demand for adequate protection payments from FP&L and from AFCO, the Debtor's insurance premium financier.

CASE NO. 09-33331-BKC-AJC

6. Pre-petition, the Debtor collected $94,000.00 in reserve assessments as permitted under Section 718.112, Florida Statutes and the Debtor's Bylaws (the "Reserve Funds").

7. The Debtor requires the use of the reserve funds in order to meet the demands of FP&L and AFCO, as to be determined by the Court, and to supplement its monthly assessment and fee collections. A copy of the Debtors monthly operating budget is attached hereto as Exhibit A.

WHEREFORE, the Debtor respectfully requests entry of an order authorizing use of the Reserve Funds to meet the adequate protection demands of AFCO and FP&L as to be determined by the Court and to supplement the monthly operating budget.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

JEFFREY W. BLACHER, P.A.

/s/
Jeffrey W. Blacher, Esq.
Fla. Bar No. 8168
2999 N.E. 191st St.
Suite 805
Aventura, FL 33180
Tel 305-705-0888
Fax 305-356-3693
jblacher@blacherlaw.com

Onyx on the Bay Condominium Association, Inc.
Unpaid Bills Detail
As of October 8, 2009

| Vendor | Description | Monthly Expenses Required |
|---|---|---|
| 4 Seasons Pest Control, Inc.<br>PO Box 28316<br>Hialeah, FL 33012<br>786 853-3960<br>305 558-9696 | Pest Control | 185.00 |
| Advance Fire & Security<br><br>P.O. Box 668370<br>Pompano Beach, FL 33066<br>954-772-1700<br>954-772-0500 | Alarm Monitoring for the Building<br>(Must be in place if not Fire marshalls wil service the Builing) | 26.75 |
| Advance Water Technologies<br>7880 NE 176 Street<br>Hialeah, FL 33015<br>305 828-5616<br>305 828-0510 | Cooling tower system Maintenance | 321.00 |
| AFCO<br>4501 College Blvd. Ste# 320<br>Laewood, KS 66211-2328 | Insurace | |
| All Service Miami Dade Division<br>8160 NW 93rd Street<br>Medley, Fl 33166<br>305-888-5515 | Garbage / Recycling | 730.00 |
| Allied Barton<br>3606 Horizon Drive<br>King of Prussia, PA 19406 | Security Services(Continental - Lawsuit) | |
| American Pool Service<br>6601 NW 14th Street Suite# 7<br>Plantation, FL 33313<br>954 792-1191 | Pool & Jacuzzi Maintenance | 755.00 |
| Anselmo Air Conditioning Corp.<br>5501 SW 134 Avenue<br>Miami, FL<br>786 218-7186 | Repairs | |
| Avila, Rodriguez, Hernandez, Mena & Ferri<br>2525 Ponce de leon Blvd., PH 1225<br>Coral Gables, FL 33134-6049<br>305 779-3560<br>305 779-3561 | Legal | |
| BAP Development Group | Payroll & Benefits | 15000 |
| Connexion Technologies<br>3800 Park Central Blvd. No.<br>Pompano Beach, FL 33064 | Phone/Alarm System/Elevator | 650.00 |
| Crime Prevention Protective Services<br>14221 S.W. 120 Street, Ste# 121<br>Miami, FL 33186 | Conierge/Building Security | 6,000.00 |
| E. Rodriguez Landscaping, Inc.<br>PO Box 971987<br>Miami, FL 33197 | Landcaping | 500.00 |


EXHIBIT A.

| Creditor | Description | Amount |
|---|---|---|
| 305 253-0173 | | |
| **Ficka & Associates**<br>11310 S. Orange Blossom., Trail #137<br>Orlando, FL 32837<br>407 648-6956 | | |
| **First Response**<br>8567 Coral Way #385<br>Miami, FL 33155<br>305 267-9696 | | |
| **FPL**<br>General Mail Facility<br>Miami, FL 33188<br>305 442-0388 | Electricity | 21,000.00 |
| **Fusa Corp.**<br>8791 NW 99 Street<br>Medley, FL 33178<br>305 594-9388 ext206<br>305 594-9308 | Janitorial /Building Supplies | |
| **Graybar Financial Service, LLC**<br>PO Box 550599<br>Jacksonville, FL 32255-0599<br>866 807-9499 | Phone Equipment | 0.00 |
| **Illustratus**<br>10983 Granada Lane<br>Overland Park, KS 66211<br>913-754-4200 | Newsletter | |
| **Innovative Water**<br>P.O. Box 630744<br>Miami, FL 33163<br>877-651-9932<br>305-935-3842 | Office Expense/bottle water | |
| **Jet Printing House**<br>2430 Hollywood Blvd<br>Hollywood, FL 33020<br>954-920-0866 | Copies Expense (Continental) | |
| **Key Parking Services, Inc.**<br>18220 West Dixie Hwy.<br>North Miami Beach, FL 33160 | Valet Parking (Continental) | |
| **Miami Dade Water & Sewer**<br>PO Box 026055<br>Miami, Fl 33102 | Water/Sprinklers/Fireline | 4,000.00 |
| **Peachtree Business Solutions**<br>4836 Brecksville Road<br>Richfield, OH 44286<br>800 613-1545 | Building Supplies | |
| **Primecast**<br>P.O. Box 864006<br>Orlando, Florida 32886 | Cable/Internet | 7,500.00 |
| **Professional Screening Services**<br>6001 Rick Ct. Suite 117<br>Winterpark, FL 33792 | Screening Services | |
| **Quality Care Carpet**<br>11632 SW 171 Terrace<br>Miami, FL 33157<br>305 969-4941 | Emergency Water Repairs | |
| **Siegfried, Riviera, Lerner, De La Torre &**<br>201 Alhambra Circle Suite# 1102<br>Coral Gables, FL 33134<br>305 442-3334 | Legal Fees | |

305 443-3292

**Siemens Building Technology**     **Fire Panel Repairs**     500
Bank of America
7850 Collections Center Dr.
Chicago, IL 60693
954-364-6600

**Skylight Technologies**     **Security System**     267.50

13794 SW 145 Court
Miami, FL 33186
305 233-8814
305 233-8894

**Teco**     **Gas**     400

PO Box 31017
Tampa, FL 33631
877 832-6747

**The Continental Group**     **Management Fee - (Settlement)**     5,000.00
2950 N 28 Terrace
Hollywood, FL 33020

**ThyssenKrupp Elevator Corporation**     3500
7481 NW 66 St Miami, FL 33136
305.592.7722
305.477.2463

**Wilkinson Hi-Rise**     50
2821 Evans Street Hollywood, FL 33020
954 342-4400
954 342-4338

**TOTAL**

|  |  |  |  |
|---|---|---|---|
|  | 0.00 | 66,385.25 |  |
| Revenue | 55,000.00 | 55,000.00 |  |
| Cash Balance | -55,000.00 | 11,385.25 |  |
| Reserves | 94,000.00 | 11,385.25 | 82,614.75 |
| Month 2 |  | 11,385.25 | 71,229.50 |
| Month 3 |  | 11,385.25 | 59,844.25 |
| Month 4 |  | 11,385.25 | 48,459.00 |
| Month 5 |  | 11,385.25 | 37,073.75 |
| Month 6 |  | 11,385.25 | 25,688.50 |
| Month 7 |  | 11,385.25 | 14,303.25 |
| Month 8 |  | 11,385.25 | 2,918.00 |