UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                              CASE NO. 09-33331-BKC-AJC
                                                                                         Chapter 11
ONYX ON THE BAY
CONDOMINIUM ASSOCIATION, INC.,

      Debtor.
_____/

**DEBTOR'S SECOND *EX PARTE* MOTION FOR EXTENSION
OF TIME TO FILE SCHEDULES AND RELATED DOCUMENTS**

      Debtor, Onyx On The Bay Condominium Association, Inc., by and through undersigned counsel, and pursuant to Rule 1007(c), Federal Rules of Bankruptcy Procedure and Local Rule 1007-1(c), move this Court for an Order granting an extension of time to file Debtor's Schedules and related documents, and in support thereof states as follows:

      1.      This matter was filed on October 27, 2009.

      2.      Since that time, undersigned counsel, a sole practitioner, has been traveling, which has made it difficult to meet with the Debtor to complete the Schedules and related documents.

      3.      The Schedules have been completed; however the Debtor is in the process of reviewing the documents prior to execution. In order to ensure the accuracy and completeness of the Debtors' Schedules and related documents, the Debtor requires an extension of the filing deadline through and including December 4, 2009.

      4.      The meeting of creditors under Section 341 of the Bankruptcy Code has been rescheduled to December 9, 2009.

      5.      The Debtor has conferred with the United States Trustee's office, which does not object to the relief sought.

CASE NO. 09-33331-BKC-AJC

WHEREFORE, the Debtor respectfully requests that the Court enter an Order granting an extension of time to file the Schedules and related documents up to and including December 4, 2009, and grant such and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

JEFFREY W. BLACHER, P.A.

/s/
Jeffrey W. Blacher, Esq.
Fla. Bar No. 8168
2999 N.E. 191st St.
Suite 805
Aventura, FL 33180
Tel 305-705-0888
Fax 305-356-3693
jblacher@blacherlaw.com